UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIA MARETT, Individually and as the representative of a class of similarly situated persons,

                            Plaintiff,

—v—

MZ WALLACE INC.,

                            Defendant.

DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 12 2018

Case No. 18 Civ. 03393 (AJN)

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-captioned action that this action is hereby voluntarily dismissed with prejudice against defendant MZ Wallace, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party is to bear her/its own costs.

Dated: June 29, 2018

_____
Dan Shaked, Esq.
Shaked Law Group, P.C.
44 Court Street, Suite 1217
Brooklyn, NY 11201
(917) 373-9128
shakedlawgroup@gmail.com

*Attorneys for Plaintiff Lucia Marett*

_____
Jonathan A. Wexler, Esq.
Vedder Price P.C.
1633 Broadway, 31st Floor
New York, NY 10019
(212) 407-7732
jwexler@vedderprice.com

*Attorneys for Defendant MZ Wallace, Inc.*

SO ORDERED: 7/12/18

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

NEWYORK/#507924.2